IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR JOSEPH RODELLA,

     Plaintiff,                    No. CIV S-09-0794 EFB P

     vs.

TERRY JACKSON, et al.,

     Defendants.               <u>ORDER</u>

                                /

     Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. §1983.

     To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

     Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed *in forma pauperis*.

////

////

////

////

1

1 | Accordingly, plaintiff has 30 days from the date of service of this order to submit either
2 | the filing fee or the application required by § 1915(a). The Clerk of the Court is directed to mail
3 | to plaintiff a form application for leave to proceed *in forma pauperis*. Failure to comply with
4 | this order may result in this action being dismissed.

5 | So ordered.

6 | Dated: April 29, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE