IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR JOSEPH RODELLA,

    Plaintiff,     No. CIV S-09-0794 GEB EFB P

  vs.

TERRY JACKSON, et al.,

    Defendants.     ORDER
_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On February 8, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. After an extension of time, defendants have filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 8, 2011, are adopted in full;

2. Plaintiff's motion for summary judgment filed May 19, 2010 (Docket No. 26) is denied;

3. Plaintiff's motions for default judgment filed July 6, 2010 (Docket No. 31) and July 9, 2010 (Docket No. 34) are denied;

4. Plaintiff's motion for outside care filed July 9, 2010 (Docket No. 33) is denied; and

5. Defendant Jackson's motion to dismiss filed July 6, 2010 (Docket No. 30) and joined by defendant Hibbits on November 8, 2010 (Docket No. 47) is denied.

Dated: March 22, 2011

GARLAND E. BURRELL, JR.
United States District Judge