IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR JOSEPH RODELLA,

    Plaintiff,                        No. CIV S-09-0794 GEB EFB P

    vs.

TERRY JACKSON, et al.,

    Defendants.                    <u>ORDER</u>

/

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  Currently before the court are plaintiff's requests for a trial date and for discovery.  Dckt. Nos. 65, 68.

**I.**    **Motion for Trial Date**

       Plaintiff asks for a trial date so that he may be granted priority access to the prison law library, which grants priority to inmates who have a court deadline.  Plaintiff's case, however, is at an early stage of proceedings, as the discovery and scheduling order has just issued.  It would be premature to assign a trial date where discovery has not concluded and the dispositive motion deadline has not passed.  Accordingly, plaintiff's motion for a trial date is denied.

**II.**    **Discovery**

       Plaintiff has filed a request for documents with the court under the heading "motion for discovery."  Dckt. No. 68.  Under the Local Rules of this court, interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed

with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 250.2-250.4. Accordingly, plaintiff's request for production of documents must be stricken. Plaintiff is directed to conduct discovery in accordance with the applicable Local Rules, Federal Rules of Civil Procedure, and the discovery and scheduling order issued by the court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's March 23, 2011 request that the court set a trial date is denied.

2. Plaintiff's April 4, 2011 "motion for discovery" is stricken.

DATED: April 26, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE