IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR JOSEPH RODELLA,

    Plaintiff,                        No. CIV S-09-0794 GEB EFB P

    vs.

TERRY JACKSON, et al.,

    Defendants.             ORDER

_____/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On September 22, 2011, plaintiff filed discovery documents.

    Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 250.2-250.4.

    Plaintiff's September 22, 2011 discovery documents are stricken and the Clerk of the Court shall make a notation on the docket to that effect.

So ordered.

DATED: October 5, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE