IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR JOSEPH RODELLA,

      Plaintiff,                             No. CIV S-09-0794 GEB EFB P

    vs.

TERRY JACKSON, et al.,

      Defendants.                 ORDER

_____/

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He has filed a document stating that he may not be able to comply with the court's February 29, 2012 order directing him to file a pretrial statement because he was placed in administrative segregation and does not have access to his legal property.  In his filing, dated March 8, 2012, he states he should receive access to his property "tomorrow."  Dckt. No. 103. The court construes plaintiff's filing as a request for an extension of time to comply with the court's February 29, 2012, order.  *See* Fed. R. Civ. P. 6(b).

////

////

////

////

1

1  Plaintiff's request (Dckt. No. 103) is granted and plaintiff has 30 days from the date this
2  order is served to file and serve his pretrial statement. Absent good cause, the court does not
3  intend to grant additional requests for extensions of time.
4  So ordered.
5  DATED: March 29, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE